UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY CAROLYN VAUGHN,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 14-cv-12496
Hon. Matthew F. Leitman

**<u>ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF #15), (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF #13), (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #14), AND (4) REMANDING PLAINTIFF'S CLAIM FOR BENEFITS FOR FURTHER PROCEEDINGS</u>**

On August 17, 2015, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation ("R&R") recommending that the Court grant Plaintiff Nancy Carolyn Vaughn's Motion for Summary Judgment (ECF #13) and deny the Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF #14). (*See* ECF #13.) The Magistrate Judge further recommended that Plaintiff's claim for disability insurance benefits be remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). (*See id.* at 1-3, Pg. ID 576-578.) The R&R stated that the parties could object to and seek review of the recommendation within fourteen days. (*See id.* at 27-28, Pg. ID 602-603.)

1

Neither party has objected to the R&R. Failure to file objections to the R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's August 17, 2015, Report and Recommendation (ECF #15) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that (1) Plaintiff's Motion for Summary Judgment (ECF #13) is **GRANTED**, (2) Defendant's Motion for Summary Judgment (ECF #14) is **DENIED**, and (3)Plaintiff's claim for benefits is **REMANDED** for further proceedings consistent with this Order and the Report and Recommendation.

                                           s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated: September 4, 2015

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 4, 2015, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda  
                                        Case Manager  
                                        (313) 234-5113